IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA BRUMLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant | Case No.: 1:11-cv-00253 LJO JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 16) |

　　　　Parties have stipulated by counsel to extend the period of time for the Commissioner of Social Security, Defendant, to file a notice, motion, and memorandum in support of his cross-motion for summary judgment and in opposition to Plaintiff's motion for summary judgment. (Doc. 16). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4).

　　　　Accordingly, it is **HEREBY ORDERED** that Defendant is granted an extension of time until **November 23, 2011**, to file an opposition brief.

IT IS SO ORDERED.

Dated:   **October 24, 2011**　　　　　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE