IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA BRUMLEY, | ) Case No.: 1:11-cv-00253 LJO JLT |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME |
| v. | ) (Doc. 16) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant | ) |

Parties have stipulated by counsel to extend the period of time for the Commissioner of Social Security, Defendant, to file a notice, motion, and memorandum in support of his cross-motion for summary judgment and in opposition to Plaintiff's motion for summary judgment. (Doc. 16). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4).

Accordingly, it is **HEREBY ORDERED** that Defendant is granted an extension of time until **November 23, 2011**, to file an opposition brief.

IT IS SO ORDERED.

Dated:   **October 24, 2011**                    /s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE