IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA BRUMLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendants. | Case No.: 1:11-cv-00253 LJO JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING IN PART PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2142(d)<br><br>(Doc. 26) |

   Sengthiene Bosavanh, attorney for Plaintiff Anita Brumley, seeks an award for attorney fees and costs pursuant to the Equal Access for Justice Act under 28 U.S.C. § 2412(d). (Doc. 24). On January 7, 2013, the Magistrate Judge recommended the motion be granted in the modified amount of $4,893.01. (Doc. 26).

   The Magistrate Judge determined Defendant's position was not substantially justified, and that Plaintiff was a prevailing party entitled to attorneys fees and costs. (Doc. 26 at 3-4). However, the Magistrate Judge concluded the fee request must be modified, because "'hours that were not reasonably expended' should be excluded from an award, including 'hours that are excessive, redundant, or otherwise unnecessary.'" Id. at 4 (quoting Hensley v. Eckerhart, 461 U.S. 424, 434 (1983)). The Magistrate Judge noted Ms. Bosavanh requested fees for duplicative tasks, clerical work, and excessive time for routine tasks. Id. at 4-7. Accordingly, the Magistrate Judge found reduction in time was appropriate.

The Findings and Recommendations included a notice to the parties that any objections should be filed within fourteen days of the date of service, or no later than January 22, 2013. (Doc. 26 at 8). However, no objections were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Magistrate Judge's Findings and Recommendations filed January 7, 2013, are **ADOPTED IN FULL**;
2. Plaintiff's request for attorney fees and costs is **GRANTED** in the amount of $4,893.01; and
3. This amount **SHALL** be paid to Plaintiff Anita Brumley.

IT IS SO ORDERED.

**Dated:   January 24, 2013**         /s/  Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE