# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA BRUMLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:11-cv-00253 - LJO - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING COUNSEL'S MOTION ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 406(b)<br><br>(Docs. 28, 30) |

　　　　Sengthiene Bosavanh, counsel for Plaintiff Anita Brumley, seeks an award for attorney's fees and costs pursuant to 42 U.S.C. § 406(b). Plaintiff did not oppose the motion, and the Commissioner of Social Security reported there was "no objection to this fee request." (Doc. 29 at 1). On July 8, 2013, the Magistrate Judge recommended Ms. Bosavanh's motion be granted. (Doc. 30).

　　　　Although the parties were granted fourteen days after the date of service, to file objections to the Magistrate Judge's Findings and Recommendations (Doc. 30 at 3). or until July 22, 2013, none were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

///

///

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Ms. Bosavanhs's motion for attorney fees pursuant to 24 U.S.C. §406(b) in the amount of $14,263.90 is **GRANTED**;
2. The Commissioner is DIRECTED to pay the amount directly to Ms. Bosavanh; and
3. Ms. Bosavanh **SHALL** to refund $4,851.75 to Plaintiff Anita Brumley.

IT IS SO ORDERED.

Dated:   **July 23, 2013**                              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE